**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JAE HYUN PARK, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 2:23-cv-00069-RWS |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of defendant Financial Industry Regulatory Authority, Inc.'s Motion To Dismiss, and the court having granted said motion and granted the defendant E*TRADE's previous Motion to Compel Arbitration and Dismiss on July 25, 2023, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Gainesville, Georgia, this 25th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Shane Gazaway
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
        September 25, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Shane Gazaway
        Deputy Clerk